# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ROSARIO, JR., ) | CASE NO. ED CV 07-00857 (RZ) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security Administration, ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: March 10, 2008

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE